UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS LOCAL 63 HEALTH & WELFARE FUND, TRUSTEES OF SHEET METAL WORKERS LOCAL 63 ANNUITY FUND, TRUSTEES OF SHEET METAL WORKERS LOCAL 63 RELIEF FUND TRUSTEES OF SHEET METAL WORKERS LOCAL 63 EDUCATION FUND | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. NO. |
| Plaintiffs | ) |
| v. | ) |
| MORAN SHEET METAL, INC. | ) |
| Defendant | ) |

COMPLAINT

1. This is an action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§1132 and 1145, and Section 301 of the Labor Management Relations Act of 1947 (hereinafter "LMRA"), 29 U.S.C. §185, to compel defendant Moran Sheet Metal, Inc. to make contributions and other payments owed to plaintiffs.

2. Jurisdiction is conferred on the Court by 29 U.S.C. §§1132(e)(1) and (f), and 29 U.S.C. §§185(a), (b) and (c), neither of which is dependent on the amount in controversy or diversity of citizenship.

3. Venue lies in this district pursuant to 29 U.S.C. §1132(e)(2) and U.S.C. §185(c).

4. Sheet Metal Workers Local 63 Health & Welfare Fund (hereinafter referred to as the "Health & Welfare Fund") is a trust fund established in accordance with the provisions of 29 U.S.C. §186(c) and is an "employee welfare plan" as defined by 29 U.S.C. §1002(2) and is

governed by Plaintiff Trustees, each of whom is a fiduciary to the plan as defined by 29 U.S.C. §1002(21).

5.  Sheet Metal Workers Local 63 Annuity Fund (hereinafter referred to as the "Annuity Fund") is a trust fund established in accordance with the provisions of 29 U.S.C. Section 186(c) and is an "employee pension benefit plan" as defined by 29 U.S.C. Section 1002(2) and is governed by Plaintiff Trustees, each of whom is a fiduciary to the plan as defined by 29 U.S.C. §1002(21).

6.  Sheet Metal Workers Local 63 Education Fund (hereinafter referred to as the "Education Fund") is a trust fund established in accordance with the provisions of 29 U.S.C. §186(c) and is an "employee welfare plan" as defined by 29 U.S.C. §1002(2) and is governed by Plaintiff Trustees, each of whom is a fiduciary to the plan as defined by 29 U.S.C. §1002(21).

7.  The Relief Fund is a Fund established by Sheet Metal Workers Local 63 for the operation and maintenance of Local 63.

8.  Sheet Metal Workers Local 63 (hereinafter referred to as the "Union") is a labor organization as defined by 29 U.S.C. Section 152(5).

9.  Moran Sheet Metal, Inc. (the "Employer") is a corporation incorporated and existing under the laws of the Commonwealth of Massachusetts, and having a place of business in Agawam, Massachusetts.

10. The Employer was engaged in an industry affecting commerce as defined in ERISA, 29 U.S.C. §§1002(5), (11) and (12), and as defined in LMRA, 29 U.S.C. §§152(2), (6) and (7).

11. The Employer was a party to a collective bargaining agreement with the Union at all times material (hereinafter referred to as the "Agreement") which obligated the Employer to

make contributions to plaintiffs for each hour of work performed by its employees under the Agreement.

12. The Agreement provides, <u>inter alia</u>, that the Employer would contribute certain sums to the Relief Fund, Annuity Fund, Education Fund and Health & Welfare Fund for each hour worked by employees subject to the agreement.

13. The Employer failed to make contributions to the plaintiffs for work performed in Western Massachusetts by its employees as required by the Agreement.

14. The Agreement further provides that in the event the Employer fails to make its required contributions in a timely fashion the Employer is further obligated to the trust funds, in addition to the amounts owed, for interest from the date when the payment was due, liquidated damages and for all costs and reasonable attorney's fees expended by the Plaintiff Trustees in having to collect the delinquent contributions.

WHEREFORE, the Plaintiffs demand judgment against the Defendant Moran Sheet Metal, Inc. as follows:

1. That the Defendant be ordered to pay to the Plaintiffs the delinquent contributions due the Plaintiffs plus prejudgment interest from the date when each month's payment was due and liquidated damages of 20% per annum pursuant to 29 U.S.C. Section 1132(g)(2) <u>et seq</u>.

2. That the defendant be ordered to make all future payments to plaintiffs and submit monthly reports of hours in a timely manner in accordance with its collective bargaining agreement

3. That the Defendant be ordered to pay to the Plaintiffs their costs and disbursements, including their reasonable attorney's fees in this action, pursuant to 29 U.S.C. Section 1132(g)(1) <u>et seq</u>.

4. That the Plaintiffs receive such other legal or equitable relief as this Court deems appropriate.

Dated: May 8, 2019

Respectfully submitted,

Thomas R. Landry
BBO #625004 (tlandry@krakowsouris.com)
KRAKOW, SOURIS & LANDRY, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440 (phone)
(617) 723-8443 (fax)


/s/ Thomas R. Landry
Attorney for Plaintiffs